United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA LOZANO, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3447 |
| | § | |
| LYONDELL CHEMICAL COMPANY, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff Linda Lozano brought this suit against Lyondell Chemical Company alleging that she was terminated in violation of state and federal equal protection laws. Defendants Lyondell Chemical Company filed a Motion for Summary Judgment. (Doc. No. 18.) The Court granted this motion and dismissed all of Plaintiff's claims with prejudice on January 30, 2019.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Lyondell Chemical Company. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of February, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE